**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

KAREN SHOCKLEY,

          Petitioner

          v.

LANH NGUYEN & THAO VU,

          Respondents

: No. 185 EAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.